UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    **MEMORANDUM**

     -against-                                      25 Cr. 302 (NSR)

JORDAN WATSON,

                        Defendant.
------------------------------------------------------------X

TO:  Nelson S. Román, United States District Judge:

      Please find attached a transcript of the October 17, 2025 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 18, 2025
       White Plains, New York

                                                          Respectfully Submitted,

                                                          */s/ Judith C. McCarthy*
                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge