

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

        25 CR 302-001 (NSR)

    - against -

        ORDER

Jordan Bogart Watson,

      Defendant

--------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $6000, for professional services rendered in connection with the above captioned case.


SO ORDERED,


Dated: White Plains, New York
      March 4, 2026


                        Honorable Nelson Stephen Román
                        U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/04/2026___



# Superbill

**Empire State Forensics LCSW, P.C.**

|  |  |
|---|---|
| Date : | 27 February 2026 |
| Invoice No. : | 10060 |
| For Questions Call : | 9143412039 |

Jordan Watson

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance:                    $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 02/27/2026 | Psychosexual Evaluation and Report | 11 | 1 | $6,000.00 |
|  |  |  | Total Charges: | $6,000.00 |

Diagnostic Code(s):

|  |  |
|---|---|
| Total Paid: | - |
| Invoice Amount Due: | $6,000.00 |
| **Balance Due:** | **$6,000.00** |

**Billing Provider:** Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

**Rendering Provider:** Clinician Shoshanna Must, PhD
NPI #: 1295885275

**Client:**    Name: Jordan Watson

**Footnote:**